IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATEF AMMARY and<br>DONNA AMMARY, h/w<br>    Plaintiffs, | : | |
| | : | |
| v. | | CIVIL NO. 09-0963 |
| WILLIAM EDWARDS, INC. and<br>KEITH COLEMAN<br>    Defendants. | : | |

## **ORDER**

AND NOW, this 30th day of July, 2010, upon consideration of Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 21) and Defendants' Response thereto (Doc. Nos. 22 & 23), it is hereby ORDERED and DECREED that said Motion is GRANTED.

                        BY THE COURT:

                        /s/ C. Darnell Jones, II    J.